818

No. 96–1956.  COLE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–1958.  CITY OF OCEANSIDE ET AL. *v.* SHAFER.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 96–1959.  MAYER, EXECUTRIX OF THE ESTATE OF MAYER, DECEASED *v.* CORNELL UNIVERSITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1960.  WANG LABORATORIES, INC. *v.* MITSUBISHI ELECTRONICS AMERICA, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 96–1961.  GORDON *v.* BOARD OF EDUCATION FOR THE CITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 96–1964.  MERRIAM *v.* UNITED STATES; and
No. 97–5255.  HAYES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 108 F. 3d 1162.

No. 96–1965.  MARTIN *v.* SHAW'S SUPERMARKETS, INC.  C. A. 1st Cir.  Certiorari denied.

No. 96–1966.  VALSAMIS, INC., ET AL. *v.* CORNHILL INSURANCE PLC ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–1967.  AROMA MANUFACTURING, INC. *v.* ALTERNATIVE PIONEERING SYSTEMS, INC., DBA AMERICAN HARVEST (two judgments).  C. A. Fed. Cir.  Certiorari denied.

No. 96–1968.  GRANT *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 96–1969.  RIVER OAKS FURNITURE, INC., ET AL. *v.* ANSIN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 96–1970.  SHRETTA ET AL. *v.* CITY OF MARIETTA ET AL.; and
No. 96–2035.  VARSALONA'S ITALIAN RESTAURANT, DBA BOOMER'S, ET AL. *v.* CITY OF MARIETTA ET AL.  Sup. Ct. Ga.  Certiorari denied.  Reported below: 267 Ga. 683, 482 S. E. 2d 347.